**BERVAR & JONES**
Birney B. Bervar, bbb@bervar-jones.com (Hawaii Bar No. 5482)
Alakea Corporate Tower
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
(808) 550-4990

**BURSOR & FISHER, P.A.**
L. Timothy Fisher, ltfisher@bursor.com (*Pro Hac Vice* forthcoming)
Blair E. Reed, breed@bursor.com (*Pro Hac Vice* forthcoming)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich, mgr@reichradcliffe.com (Admitted *Pro Hac Vice*)
Adam T. Hoover, adhoover@reichradcliffe.com (*Pro Hac Vice* forthcoming)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512

*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HERB SOUZA on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>HAWAIIAN ISLES KONA COFFEE COMPANY, LTD.<br><br>        Defendant. | Case No. 1:20-cv-00158-LEK-RT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES; ORDER** |

# STIPULATION FOR DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 41.1, Plaintiff Herb Souza ("Plaintiff") and Defendant Hawaiian Isles Kona Coffee Company, Ltd. ("Defendant") hereby stipulate through their respective counsel (who are authorized to sign this Stipulation on behalf of their respective clients), that all claims and allegations brought herein, including, without limitation, all claims and allegations contained in Plaintiff's Second Amended Complaint, filed March 24, 2020 [Dkt. No. 36], are hereby dismissed with prejudice.

There are no remaining parties, claims and/or issues.  Plaintiff and Defendant will each bear his/its own attorneys' fees and costs.  All parties who have appeared in this action have signed and approved this stipulation.

Dated: Honolulu, Hawaii, March 30, 2021

**BERVAR & JONES**

By: /s/ *Birney B. Bervar*
Birney B. Bervar

**BURSOR & FISHER, P.A.**
L. Timothy Fisher
Blair E. Reed

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich
Adam T. Hoover

*Counsel for Plaintiff*
HERB SOUZA

Dated: Honolulu, Hawaii, March 30, 2021

**CARLSMITH BALL LLP**

By: */s/ Tina M. Tsuchiyama*

TINA M. TSUCHIYAMA
KARL K. KOBAYASHI
WILLIAM M. HARSTAD

*Counsel for Defendant*
HAWAIIAN ISLES KONA COFFEE
COMPANY, LTD., a Hawaii corporation

**APPROVED AND SO ORDERED.**

DATED: Honolulu, Hawaii, March 30, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*Herb Souza on behalf of himself and all others similarly situated v. Hawaiian Isles Kona Coffee Company, Ltd.*; In the United States District Court, District of Hawaii; Civil No. 1:20-cv-00158-LEK-RT; **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES; ORDER**